# Exhibit 1

## IP Certificates

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## PA 2-566-450

**Effective Date of Registration:**
February 10, 2026
**Registration Decision Date:**
February 10, 2026

---

## Title

| | |
|---|---|
| **Title of Work:** | MMC-Video-04 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2025 |
| **Date of 1st Publication:** | March 15, 2025 |
| **Nation of 1st Publication:** | United States |

## Author

| | | |
|---|---|---|
| • | **Author:** | Elizabeth Nelson |
| | **Author Created:** | entire motion picture |
| | **Work made for hire:** | No |
| | **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | MoonMoon Ceramics, LLC<br>11321 Crosley, Redford, MI, 48239, United States |
| **Transfer statement:** | By written agreement |

## Limitation of  copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | preexisting music |
| **New material included in claim:** | all other cinematographic material |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | MoonMoon Ceramics, LLC |
| **Address:** | 11321 Crosley,<br>Redford, MI 48239 United States |

Page 1 of 2

## Certification

    **Name:**  Jessica Delos Santos
    **Date:**   February 10, 2026

    **Correspondence:**  Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-482-369

**Effective Date of Registration:**
February 10, 2026
**Registration Decision Date:**
February 10, 2026

---

## Title
_____

**Title of Work:**  MMC-07

## Completion/Publication
_____

**Year of Completion:**  2022
**Date of 1st Publication:**  October 15, 2022
**Nation of 1st Publication:**  United States

## Author
_____

- **Author:**  MoonMoon Ceramics, LLC
  **Author Created:**  photograph
  **Work made for hire:**  Yes
  **Citizen of:**  United States

## Copyright Claimant
_____

**Copyright Claimant:**  MoonMoon Ceramics, LLC
11321 Crosley, Redford, MI, 48239, United States

## Rights and Permissions
_____

**Organization Name:**  MoonMoon Ceramics, LLC
**Address:**  11321 Crosley
Redford, MI 48239 United States

## Certification
_____

**Name:**  Jessica Delos Santos
**Date:**  February 10, 2026

Page 1 of 2

**Correspondence:**    Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-482-370

**Effective Date of Registration:**
February 10, 2026
**Registration Decision Date:**
February 10, 2026

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published:   October 15, 2024 to December 15, 2024

## Title

| | |
|---|---|
| **Title of Group:** | MoonMoon Ceramics 2024 |
| **Number of Photographs in Group:** | 6 |
| • **Individual Photographs:** | MMC-10, MMC-12, MMC-16 |
| **Published:** | October 2024 |
| • **Individual Photographs:** | MMC-05, MMC-11 |
| **Published:** | November 2024 |
| • **Individual Photographs:** | MMC-17 |
| **Published:** | December 2024 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2024 |
| **Earliest Publication Date in Group:** | October 15, 2024 |
| **Latest Publication Date in Group:** | December 15, 2024 |
| **Nation of First Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | MoonMoon Ceramics, LLC |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

Page 1 of 2

## Copyright Claimant

**Copyright Claimant:**   MoonMoon Ceramics, LLC
11321 Crosley, Redford, MI, 48239, United States

## Rights and Permissions

**Organization Name:**   MoonMoon Ceramics, LLC
**Address:**   11321 Crosley
Redford, MI 48239 United States

## Certification

**Name:**   Jessica Delos Santos
**Date:**   February 10, 2026

**Correspondence:**   Yes
**Copyright Office notes:**   Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-482-372

**Effective Date of Registration:**
February 10, 2026
**Registration Decision Date:**
February 10, 2026

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

For Photographs Published:    January 15, 2025 to January 15, 2025

## Title

| | |
|---|---|
| **Title of Group:** | MoonMoon Ceramics 2025 |
| **Number of Photographs in Group:** | 9 |
| • **Individual Photographs:** | MMC-01, MMC-02, MMC-03, MMC-06, MMC-08, MMC-09, MMC-13, MMC-14, MMC-15 |
| **Published:** | January 2025 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2025 |
| **Earliest Publication Date in Group:** | January 15, 2025 |
| **Latest Publication Date in Group:** | January 15, 2025 |
| **Nation of First Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | MoonMoon Ceramics, LLC |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

Page 1 of 2

## Copyright Claimant

**Copyright Claimant:** MoonMoon Ceramics, LLC
11321 Crosley, Redford, MI, 48239, United States

## Rights and Permissions

**Organization Name:** MoonMoon Ceramics, LLC
**Address:** 11321 Crosley
Redford, MI 48239 United States

## Certification

**Name:** Jessica Delos Santos
**Date:** February 10, 2026

**Correspondence:** Yes
**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.